55 A.3d 1042

COMMONWEALTH of Pennsylvania, Petitioner

v.

Terrence WILLIAMS, Respondent.

Supreme Court of Pennsylvania.

Oct. 3, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of October, 2012, the Commonwealth's application for emergency relief is hereby **DENIED.** The Prothonotary is directed to set a briefing schedule.